LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:     213-485-1500
Facsimile:      213-485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CESAR CASTANEDA AND SUZZANNE CASTANEDA, <br><br>             Plaintiffs, <br><br>     vs. <br><br>SAXON MORTGAGE SERVICES, INC., NOVASTAR MORTGAGE, INC.; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SYNERGY FINANCIAL MANAGEMENT DBA DIRECT LENDER.COM; LOUIS LEON PACIFIC; IVETTE CAMPOS AND MICHAEL TIMOSCHUCK; AND DOES 1-20 INCLUSIVE, <br><br>             Defendants. | CASE NO. 2:09-cv-01124-WBS-DAD <br><br>Hon. William B. Shubb <br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR SAXON TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |

1

PROPOSED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
*Castaneda v. Saxon Mortgage Services, Inc., et al.*, No. 2:09-cv-01124-WBS-DAD

The Court, having read the Stipulation Extending Time for Saxon to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint between Plaintiffs Cesar and Suzzanne Castaneda ("Plaintiffs") and Saxon Mortgage Services, Inc. ("Saxon"), and good cause appearing therefor, hereby grant Saxon up to and including **Monday, August 31, 2009** to answer or otherwise respond to Plaintiffs' First Amended Complaint.

**IT IS SO ORDERED.**

DATED:  August 11, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE