LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:    213-485-1500
Facsimile:    213-485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.
and MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| CESAR CASTANEDA AND SUZZANNE CASTANEDA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SAXON MORTGAGE SERVICES, INC., NOVASTAR MORTGAGE, INC.; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SYNERGY FINANCIAL MANAGEMENT dba DIRECT LENDER.COM; LOUIS LEON PACIFIC; IVETTE CAMPOS AND MICHAEL TIMOSCHUCK; and DOES 1-20 inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:09-cv-01124-WBS-DAD<br><br>Hon. William B. Shubb<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS TO NOVEMBER 9, 2009**<br><br>Current Hearing Date: October 13, 2009<br>　　　　　　　　　　　　2:00 p.m.<br>　　　　　　　　　　　　Courtroom 5 |

1

[Proposed] Order Granting Stipulation To Continue Hearing Date of Motion to Dismiss
*Castaneda v. Saxon Mortgage Services, Inc., et al.*, No. 2:09-cv-01124-WBS-DAD

1  The Court, having read the Stipulation to Continue the Hearing Date of the Motion to
2  Dismiss to November 9, 2009, between Plaintiffs Cesar and Suzzanne Castaneda ("Plaintiffs") and
3  defendants Saxon Mortgage Services, Inc. and Mortgage Electronic Registration Systems, Inc.
4  (collectively, "Defendants"), and good cause appearing therefor, hereby orders that the hearing date
5  of the Motion to Dismiss shall be continued to November 9, 2009 at 2:00 p.m. and that Defendants
6  will have up to and including November 2, 2009 to file their Reply briefs in support of the Motion to
7  Dismiss.

**IT IS SO ORDERED.**

DATED:   October 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

2

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE OF MOTION TO DISMISS
*Castaneda v. Saxon Mortgage Services, Inc., et al.*, No. 2:09-cv-01124-WBS-DAD