LOCKE LORD BISSELL & LIDDELL LLP
Thomas J. Cunningham (SBN: 263729)
tcunningham@lockelord.com
Nina Huerta (SBN: 229070)
nhuerta@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:   213-485-1500
Facsimile:    213-485-1200

Attorneys for Defendant
SAXON MORTGAGE SERVICES, INC.
and THE BANK OF NEW YORK MELLON, AS
SUCCESSOR TRUSTEE UNDER NOVASTAR
MORTGAGE FUNDING TRUST 2005-2 BY SAXON
MORTGAGE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CESAR CASTANEDA AND SUZZANNE CASTANEDA, <br><br> Plaintiffs, <br> vs. <br><br> SAXON MORTGAGE SERVICES, INC., NOVASTAR MORTGAGE, INC.; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SYNERGY FINANCIAL MANAGEMENT dba DIRECT LENDER.COM; LOUIS LEON PACIFIC; IVETTE CAMPOS AND MICHAEL TIMOSCHUCK; and DOES 1-20 inclusive, <br><br> Defendants. | CASE NO. 2:09-cv-01124-WBS-DAD <br><br> Hon. William B. Shubb <br><br> **ORDER APPROVING AMENDED STIPULATION TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES** |

The Court, having considered the Amended Stipulation to Continue Trial and Related Pre-Trial Deadlines ("Stipulation") submitted by Plaintiffs Cesar and Suzzanne Castaneda (collectively, "Plaintiffs") and Defendants Saxon Mortgage Services, Inc. and The Bank of New York Mellon, as Successor Trustee under Novastar Mortgage Funding Trust 2005-2 by Saxon Mortgage Services,

///

1

Inc. and Defendant Novastar Mortgage, Inc. (collectively, "Defendants"), and good cause appearing, hereby APPROVES the Amended Stipulation and ORDERS that the Scheduling Order be modified to continue the existing deadlines as follows:

| | |
|---|---|
| New Trial Date: | April 5, 2011, at 9:00 a.m. |
| New Pre-trial Conference: | **March  7, 2011, at 2:00 p.m.** |
| New Motion Filing Deadline: | December 1, 2010 |
| New Discovery Deadline: | November 1, 2010 |

**IT IS SO ORDERED.**

Dated:  May 14, 2010

LA 647256

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071